**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS, INDIANA**

| | |
|---|---|
| RASHEEDAH HUNTER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:20-CV-70 |
| | ) |
| CHS THERAPY SERVICES I, LLC | ) |
| | ) |
| | ) |
| Defendant, | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1.  This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e and 42 U.S.C. § 1981 as amended by the Civil Rights Act of 1991; 28 U.S.C. §§ 1331 and 1343 and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§621-634; 28 U.S.C. §§ 1331 and 1343.

2.  Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice of right to sue on October 31, 2019.

**PARTIES**

3.  Plaintiff is an African-American female and at all relevant times she resided in the Southern District of Indiana.

4.  Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

**FACTS**

5.  Plaintiff began working at the Defendant in March 2018.

6.   Plaintiff transferred to Evergreen Crossing & Loft on or around April 2019 as the Staff Development Coordinator.

7.  Plaintiff performed my job well.

8.  In April 2019, Plaintiff reported her manager to the administrator because Plaintiff believed her manager was discriminating against employees due to their age.

9.   In addition, in April/May 2019, Plaintiff again reported her manager to the administrator because she believed her manager was discriminating against employees due to their race.

10. Plaintiff specifically informed the administrator that her manager said things like, "I aint scared of none of these Black girls, I will fight these Black girls," that Plaintiff's manager said she did not want to hire any "Black ghetto girls" for the EHR position and the manager hired a Caucasian woman that had significantly less experience, education and seniority than the Black woman.

11. After Plaintiff reported her manager to the administrator, Plaintiff was told by the administrator that she need to stop reporting her manager, just come to work and do her "damn job".

12. After Plaintiff reported the racial harassment and discrimination and the age discrimination, Plaintiff was terminated for allegedly patient abuse and abandoning her job.

13. However, that is not true. Plaintiff informed management that she was not returning to work after the training and Plaintiff never abused a patient.

14. A similarly situated employee outside of Plaintiff's protected class were treated more favorably than me.

15. Plaintiff was terminated due to her race.

16. Plaintiff was terminated due to her age.

17. Plaintiff was terminated because she engaged in protected activity.

## COUNT I

18. Plaintiff incorporates by reference paragraphs 1-17.

19. Defendant, as a result of terminating Plaintiff due to her race, violated 42 U.S.C. § 1981.

## COUNT II

20. Plaintiff incorporates by reference paragraphs 1-17.

21. Defendant, as a result of terminating Plaintiff due to her race, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT III

22. Plaintiff incorporates by reference paragraphs 1-17.

23. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT IV

24. Plaintiff incorporates by reference paragraphs 1-17.

25. Defendant, as a result of terminating Plaintiff due to her age, violated the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§621-634; 28 U.S.C. §§ 1331 and 1343.

## COUNT V

26. Plaintiff incorporates by reference paragraphs 1-17.

27. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§621-634; 28 U.S.C. §§ 1331 and 1343.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A.  Award Plaintiff back pay and benefits lost;

B.  Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C.  Award Plaintiff punitive damages;

D.  Award Plaintiff her cost in this action and reasonable attorney fees;

E.  Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

/s/Amber K. Boyd
Amber K. Boyd #31235-49
Attorney for Plaintiff

**REQUEST FOR JURY TRIAL**

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

/s/Amber K. Boyd
Amber K. Boyd #31235-49

Attorney for Plaintiff

Amber K. Boyd #31235-49
Amber Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416